UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

IN RE:                                 CHAPTER 13
                                      BANKRUPTCY NO. 11-01142C

CINDY K. FANGMAN,

                                      MOTION TO PAY 11 USC SECTION
                                      347(a) UNCLAIMED FUNDS INTO
            Debtor.                     COURT REGISTRY FUND PURSUANT
                                      TO FRBP 3011 LOCAL RULE 3011

       COMES NOW the Chapter 13 Trustee and states to the Court that the following creditor has closed.  The account of this estate reflects that the following amount is still on deposit, representing payments due this creditor:

| | | |
|---|---|---|
| Claim no. 7 | Allied Business Accounts Inc<br>PO Box 1600<br>Clinton, IA  52733 | Amount: $2.95 |
| Claim no.8 | Allied Business Accounts Inc<br>PO Box 1600<br>Clinton, IA  52733 | Amount $26.58 |
| Claim no. 9 | Allied Business Accounts Inc<br>PO Box 1600<br>Clinton, IA  52733 | Amount $9.25 |
| Claim no. 10 | Allied Business Accounts Inc<br>PO Box 1600<br>Clinton, IA  52733 | Amount 5.41 |

       WHEREFORE, it is prayed the Court enter an Order that said sums shall be deposited with the Clerk of the United States Bankruptcy Court for the Northern District of Iowa under the provisions of the Rules of Bankruptcy Procedure and the Bankruptcy Code, and the Clerk shall hold said sums under the provisions of the Rules of Bankruptcy Procedure and the Bankruptcy Code for the benefit of said party.

DATED:  July 5, 2016

                                                         /s/ Carol F. Dunbar
                                                         Carol F. Dunbar #1682
                                                         Chapter 13 Trustee
                                                         531 Commercial Street, Suite 500
                                                         Waterloo, IA  50701
                                                         Telephone:  (319) 233-6327
                                                         Fax:  (319) 233-0346